| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Glenn D. Moroz | Social Security number or ITIN: xxx–xx–4398 | |
| | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ |
| | | EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: Eastern District of New York | Date case filed for chapter: 13   3/18/22 | |
| Case number: 8–22–70482–ast | | |

# NOTICE OF HEARING ON CONFIRMATION

**NOTICE IS HEREBY GIVEN THAT:**

A hearing on confirmation of the proposed Chapter 13 Plan filed by the above–captioned debtor(s) will be held before the Honorable Alan S. Trust , United States Bankruptcy Judge, on **May 12, 2022 at 09:30 AM** at the following location:

**United States Bankruptcy Court, Rm 963, Long Island Federal Courthouse, 290 Federal Plaza, Central Islip, NY 11722**

Enclosed is a copy of the debtor(s) proposed Chapter 13 Plan for your review. Objections, if any, to the confirmation of the plan must be in writing and filed with the Clerk on or before the date of the hearing. If no objections are timely filed, the plan may be deemed to have been filed in good faith.

Dated: March 18, 2022

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLcnfhrg.jsp** [Notice of Hearing on Confirmation rev. 02/01/17]