# Notice Recipients

District/Off: 0207−8  User: admin  Date Created: 3/18/2022
Case: 8−22−70482−ast  Form ID: 170  Total: 9

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPRegion02.LI.ECF@usdoj.gov
tr       Krista M Preuss            info@ch13edny.com
aty      Peter Corey                pcorey@maccolaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Glenn D. Moroz       33 Crescent Cove Circle       Seaford, NY 11783
smg        United States Trustee      Office of the United States Trustee      Long Island Federal Courthouse      560 Federal Plaza − Room 560      Central Islip, NY 11722−4437
10054737   Bronster LLP       156 West 56th Street      New York, NY 10019
10054738   Kathryn C. Cole, Esq.       Referee       Farrell Fritz       400 RXR Plaza       Uniondale, NY 11556
10054739   LoanCare       PO Box 8068       Virginia Beach, VA 23450−8068
10054740   PHH Mortgage       PO Box 5452       Mount Laurel, NJ 08054−5452

TOTAL: 6