# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 3/18/2022 |
| Case: 8−22−70482−ast | Form ID: pdf008 | Total: 9 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |
| tr | Krista M Preuss | info@ch13edny.com |
| aty | Peter Corey | pcorey@maccolaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Glenn D. Moroz | 33 Crescent Cove Circle | Seaford, NY 11783 | | |
| smg | United States Trustee | Office of the United States Trustee | Long Island Federal Courthouse | 560 Federal Plaza − Room 560 | Central Islip, NY 11722−4437 |
| 10054737 | Bronster LLP | 156 West 56th Street | New York, NY 10019 | | |
| 10054738 | Kathryn C. Cole, Esq. | Referee | Farrell Fritz | 400 RXR Plaza | Uniondale, NY 11556 |
| 10054739 | LoanCare | PO Box 8068 | Virginia Beach, VA 23450−8068 | | |
| 10054740 | PHH Mortgage | PO Box 5452 | Mount Laurel, NJ 08054−5452 | | |

TOTAL: 6