ILW Sciences, Inc  
100 Dale Street  
West Babylon, NY 11704

# Earnings Statement

Check Date: March 11, 2022  
Period Beginning: February 27, 2022  
Period Ending: March 05, 2022

**GLENN D MOROZ**  Employee Number  4  Department  100

Check Number: 21047  
Net Pay: 2,153.05  
Check Amount: 2,153.05

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Sal | 0.00 | | 3200.00 | | 30800.00 |
| **Total Gross Pay** | | | **3200.00** | | **30800.00** |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 3200.00 | 46.40 | 446.60 |
| OASDI | | 3200.00 | 198.40 | 1909.60 |
| Federal Income Tax | S/2 | 3200.00 | 589.68 | 5608.80 |
| New York SITW | S/2 | 3200.00 | 195.52 | 1861.36 |
| New York Paid Family | | 3200.00 | 16.35 | 157.39 |
| NY Disability - EE | | | 0.60 | 6.00 |
| **Total Tax Withholding** | | | **1046.95** | **9989.75** |

**Direct Deposits**  
No Direct Deposits

| | Account | Amount |
|---|---|---|

**Deductions**  
No Deductions

| | Amount | YTD Amt |
|---|---|---|

**Benefits**

| | Hours | Amount | YTD Hrs | YTD Amt | Accruals | Dollars |
|---|---|---|---|---|---|---|

**ILW Sciences, Inc**
100 Dale Street
West Babylon, NY 11704

**Earnings Statement**

Check Date:        March 04, 2022
Period Beginning:  February 20, 2022
Period Ending:     February 26, 2022

GLENN D MOROZ             Employee Number   4    Department  100

Check Number   21025
Net Pay        2,153.04
Check Amount   2,153.04

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Sal | 0.00 | | 3200.00 | | 27600.00 |
| **Total Gross Pay** | | | **3200.00** | | **27600.00** |

| Taxes | Status | Taxable Amount | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 3200.00 | 46.40 | 400.20 |
| OASDI | | 3200.00 | 198.40 | 1711.20 |
| Federal Income Tax | S/2 | 3200.00 | 589.68 | 5019.12 |
| New York SITW | S/2 | 3200.00 | 195.52 | 1665.84 |
| New York Paid Family | | 3200.00 | 16.36 | 141.04 |
| NY Disability - EE | | | 0.60 | 5.40 |
| **Total Tax Withholding** | | | **1046.96** | **8942.80** |

**Deductions**    Amount    YTD Amt
No Deductions

**Benefits**    Hours    Amount    YTD Hrs    YTD Amt

**Direct Deposits**    Account    Amount
No Direct Deposits

**Accruals**    Dollars

**ILW Sciences, Inc**  
100 Dale Street  
West Babylon, NY 11704

**Earnings Statement**

Check Date:        February 25, 2022  
Period Beginning:  February 13, 2022  
Period Ending:     February 19, 2022

GLENN D MOROZ          Employee Number  4          Department  100

Check Number   21004  
Net Pay        2,153.05  
Check Amount   2,153.05

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Sal | 0.00 | | 3200.00 | | 24400.00 |
| **Total Gross Pay** | | | **3200.00** | | **24400.00** |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 3200.00 | 46.40 | 353.80 |
| OASDI | | 3200.00 | 198.40 | 1512.80 |
| Federal Income Tax | S/2 | 3200.00 | 589.68 | 4429.44 |
| New York SITW | S/2 | 3200.00 | 195.52 | 1470.32 |
| New York Paid Family | | 3200.00 | 16.35 | 124.68 |
| NY Disability - EE | | | 0.60 | 4.80 |
| **Total Tax Withholding** | | | **1046.95** | **7895.84** |

**Deductions**          Amount    YTD Amt  
**No Deductions**

**Direct Deposits**     Account   Amount  
**No Direct Deposits**

**Benefits**    Hours    Amount    YTD Hrs    YTD Amt

Accruals                                          Dollars

# Earnings Statement

ILW Sciences, Inc
100 Dale Street
West Babylon, NY 11704

Check Date:           February 18, 2022
Period Beginning: February 06, 2022
Period Ending:      February 12, 2022

**GLENN D MOROZ**   Employee Number 4   Department 100

Check Number 20983
Net Pay 2,153.05
Check Amount 2,153.05

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Sal | 0.00 | | 3200.00 | 3200.00 | 21200.00 |
| **Total Gross Pay** | | | **3200.00** | | **21200.00** |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 3200.00 | 46.40 | 307.40 |
| OASDI | | 3200.00 | 198.40 | 1314.40 |
| Federal Income Tax | S/2 | 3200.00 | 589.68 | 3839.76 |
| New York SITW | S/2 | 3200.00 | 195.52 | 1274.80 |
| New York Paid Family | | 3200.00 | 16.35 | 108.33 |
| NY Disability - EE | | | 0.60 | 4.20 |
| **Total Tax Withholding** | | | **1046.95** | **6848.89** |

**Deductions**
No Deductions
Amount   YTD Amt

**Direct Deposits**
No Direct Deposits
Account   Amount

**Benefits**   Hours   Amount   YTD Hrs   YTD Amt   Accruals   Dollars

ILW Sciences, Inc
100 Dale Street
West Babylon, NY 11704

**Earnings Statement**

Check Date: February 11, 2022
Period Beginning: January 30, 2022
Period Ending: February 05, 2022

GLENN D MOROZ     Employee Number  4     Department  100

Check Number  20962
Net Pay  2,093.03
Check Amount  2,093.03

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Sal | 0.00 | | 3100.00 | | 18000.00 |
| Total Gross Pay | | | 3100.00 | | 18000.00 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 3100.00 | 44.95 | 261.00 |
| OASDI | | 3100.00 | 192.20 | 1116.00 |
| Federal Income Tax | S/2 | 3100.00 | 565.68 | 3250.08 |
| New York SITW | S/2 | 3100.00 | 187.70 | 1079.28 |
| New York Paid Family | | 3100.00 | 15.84 | 91.98 |
| NY Disability - EE | | | 0.60 | 3.60 |
| Total Tax Withholding | | | 1006.97 | 5801.94 |

**Deductions**
No Deductions

Amount    YTD Amt

**Direct Deposits**
No Direct Deposits

Account    Amount

**Benefits**    Hours    Amount    YTD Hrs    YTD Amt    **Accruals**    Dollars

Loan # 5500188510

# Earnings Statement

**LLW Sciences, Inc**  
100 Dale Street  
West Babylon, NY 11704

Check Date: January 28, 2022  
Period Beginning: January 16, 2022  
Period Ending: January 22, 2022

**GLENN D MOROZ**

Employee Number: 4  
Department: 100

Check Number: 20927  
Net Pay: 2,093.03  
Check Amount: 2,093.03

## Earnings

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Sal | 0.00 | | 3100.00 | | 11800.00 |
| **Total Gross Pay** | | | **3100.00** | | **11800.00** |

## Taxes

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 3100.00 | 44.95 | 171.10 |
| OASDI | | 3100.00 | 192.20 | 731.60 |
| Federal Income Tax | S/2 | 3100.00 | 565.68 | 2118.72 |
| New York SITW | S/2 | 3100.00 | 187.70 | 703.88 |
| New York Paid Family | | 3100.00 | 15.84 | 60.30 |
| NY Disability - EE | | | 0.60 | 2.40 |
| **Total Tax Withholding** | | | **1006.97** | **3788.00** |

## Deductions

No Deductions

## Direct Deposits

No Direct Deposits

| | Account | Amount |
|---|---|---|

## Benefits

| Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|

## Accruals

| | Amount | YTD Amt |
|---|---|---|

Dollars